IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES A. BIGGLEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV411-116 |
| | ) | |
| CITY OF SAVANNAH PARKING SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 27), to which objections have been filed (Doc. 29). After a careful de novo review of the record, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Defendant's Motion for Summary Judgment (Doc 19) is **GRANTED**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of August 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Plaintiff's motions (Docs. 25, 26) are **DISMISSED AS MOOT**.